IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL JERONE EDWARDS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-0526 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## **ORDER**

The Court denied habeas relief and dismissed this case on December 22, 2005. Petitioner has filed a motion for extension of time to request a certificate of appealability from this Court (Docket Entry No. 24), and a motion for new trial (Docket Entry No. 23-1).

The motion for an extension of time (Docket Entry No. 24) is **DENIED AS MOOT**. The Court denied a certificate of appealability in its memorandum and opinion of December 22, 2005. The motion for new trial (Docket Entry No. 23-1) is **DENIED** for the reasons set forth in the Court's memorandum and opinion.

Petitioner informs the Court that he received the final judgment in this case, but not the memorandum and opinion. The Court's docket sheet reflects that a copy was sent to petitioner on December 22, 2005. The Clerk of the Court is **ORDERED** to send a replacement copy of the Court's memorandum and opinion (Docket Entry No. 21) to petitioner at his current address of record.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on February 3, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE